# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDY MAURICE BRIDGES,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00334-MMD-WGC<br><br>ORDER |

Randy Maurice Bridges has submitted a pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus and has now paid the filing fee (*see* ECF No. 5). The Court has reviewed the Petition, and it is dismissed as second and successive.

28 U.S.C. § 2244(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

Petitioner indicates on the face of his petition that he previously filed case no. 3:15-cv-00121-MMD-VPC, in which he challenged the same state judgment of conviction. On December 7, 2015, this Court granted Respondent's motion to dismiss the first petition as procedurally barred; the Ninth Circuit Court of Appeals denied a certificate of

appealability (3:15-cv-00121-MMD-VPC, ECF Nos. 16, 17, 29). This Petition, therefore, is a second or successive habeas corpus petition. *Henderson v*, 396 F.3d at 1053. Petitioner was required to obtain authorization from the Ninth Circuit Court of Appeals before he could proceed with a second or successive petition. 28 U.S.C. § 2244(b)(3). Petitioner had not indicated that he has received such authorization from the court of appeals. Accordingly, this Petition shall be dismissed as second and successive.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the Clerk detach and file the Petition (ECF No. 1-1).

It is further ordered that the Petition is dismissed with prejudice as a successive petition.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 18th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE